WILLIAM T. BURNS, as Administrator of the Estate of CATHERINE BURNS, Deceased, Respondent, v. S. & S. BUTTER & EGG CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WARNER D. ORVIS et al., Copartners Doing Business as ORVIS BROTHERS & COMPANY, Appellants, v. ELLIOT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of the New York Branch of Mitsui Bank, Ltd., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. . Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [182 Misc. 616.] [See *post*, pp. 966, 1026.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN TUCKER, Doing Business as TUCKER MANUFACTURING Co., Appellant.— Judgment unani-. mously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA GRUHN, as Administratrix of the Estate of KURT GRUHN, Deceased, Appellant, v. J. H. TAYLOR CONSTRUCTION CO., INC., Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH ALOIA, Appellant, v. WESTCHESTER STREET TRANSPORTATION COMPANY, INC., Respondent.— Order, so far as appealed from, unanimously reversed, with costs and disbursements, and the verdict reinstated in favor of the plaintiff. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MORRIS STADLER et al., Respondents, v. MORRIS THAU et al., Defendants, and MAXWELL SCHALLER, Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HAZEL STROTHER, Appellant, v. P. W. BROOKS & CO., INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

REGINA MOSKOWITZ, Respondent, v. ACCURATE HOLDING COMPANY et al., Defendants, and MICHAEL GREENBERG et al., Interveners, Defendants-Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 904.]

ERNA WERNER et al., Appellants, v. GIMBEL BROS. INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DAVID ROSS et al., Appellants, v. CHARLES B. GREENBERG et al., Respondents, et al., Defendants.— Judgment affirmed with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley, J., dissents and votes to reverse and grant a new trial.

JOHN PHILLIPS et al., Respondents, v. BONAFIDE ESTATES, INC., Defendant, and RHINECLIFF ESTATES, INC., Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.